**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Edward Neal Bradford |
| Debtor 2 (Spouse, if filing) | Krystal R. Bradford |
| United States Bankruptcy Court for the: | Northern District of Texas (State) |
| Case number | 13-45489-mxm13 |

## Form 4100R   Amended
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, as Trustee of Igloo Series III Trust

**Court claim no.** (if known): 15

**Last 4 digits** of any number you use to identify the debtor's account: 9 5 1 1

**Property address:** 5501 Charlott
Number    Street

Fort Worth, TX 76112
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03 / 15 / 2019
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / ___
MM / DD / YYYY

Debtor 1  Edward Neal Bradford
First Name   Middle Name   Last Name

Case number (if known) 13-45489-mxm13

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Kristin A. Zilberstein
Signature

Date 3 / 14 / 2019

Print  Kristin Zilberstein
First Name   Middle Name   Last Name

Title  Authorized Agent for Creditor

Company  Ghidotti | Berger LLP

If different from the notice address listed on the proof of claim to which this response applies:

Address  1920 Old Tustin Ave.
Number   Street

Santa Ana, CA 92705
City   State   ZIP Code

Contact phone ( 949 ) 427 – 2010

Email  kzilberstein@ghidottiberger.com

|   |   |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837) |
| 2 | Kristin A. Zilberstein, Esq. (SBN 24104960) |
|   | **GHIDOTTI | BERGER LLP** |
| 3 | 1920 Old Tustin Ave. |
|   | Santa Ana, CA 92705 |
| 4 | Ph:  (949) 427-2010 |
| 5 | Fax: (949) 427-2732 |
|   | kzilbertstein@ghidottiberger.com |
| 6 |   |
| 7 | Authorized Agent for Creditor |
|   | US Bank Trust N.A., as Trustee of Igloo Series III Trust |

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS – FT. WORTH DIVISION

| In Re: | ) | CASE NO.:  13-45489-mxm13 |
|---|---|---|
|   | ) |   |
| **EDWARD NEAL BRADFORD and** | ) | CHAPTER 13 |
| **KRYSTAL R. BRADFORD,** | ) |   |
|   | ) | **CERTIFICATE OF SERVICE** |
| Debtors. | ) |   |
|   | ) |   |
|   | ) |   |
|   | ) |   |
|   | ) |   |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On March 14, 2019, I served the following documents described as:

- **AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Edward Neal Bradford<br>5501 Charlott St<br>Ft. Worth, TX 76112<br><br>**Joint Debtor**<br>Krystal R Bradford<br>5501 Charlott St<br>Ft. Worth, TX 76112<br><br>**Debtor's Counsel**<br>Richard M. Weaver<br>Richard M. Weaver & Associates<br>5601 Airport Freeway<br>Fort Worth, TX 76117 | **Chapter 13 Trustee**<br>Pam Bassel<br>7001 Blvd 26, Suite 150<br>North Richland Hills, TX 76180<br><br>**U.S. Trustee**<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |
|---|---|

__xx___ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2019, at Santa Ana, California

/s / *Steven P. Swartzell*
Steven P. Swartzell

2
CERTIFICATE OF SERVICE