Kristin A. Zilberstein, Esq. (SBN 24104960)
Jennifer R. Bergh, Esq. (SBN 24103791)
**GHIDOTTI | BERGER LLP**
600 E. John Carpenter Fwy., Suite 246
Ph:  (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

**Attorney for Creditor,**
U.S. Bank Trust National Association
as Trustee of Igloo Series III Trust, its successors and assigns

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br>**Edward Neal Bradford**<br>**Krystal R Bradford**<br>     DEBTOR(S),<br>**U.S. BANK TRUST NATIONAL ASSOCIATION,**<br>**AS TRUSTEE OF IGLOO SERIES III TRUST** | CASE NO.: 13-45489<br><br>CHAPTER 13 |

### NOTICE OF ERRATA TO RESPONSE TO DEBTOR'S REPLY TO THE RESPONSE

**TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:**

   US Bank Trust N.A. as trustee of the Igloo Series III Trust respectfully submits this errata to its Response to Debtor's Reply to the Response to the Notice of Final Cure which was filed on February 12th 2019 as Docket number 139. All references to local Rule 3002.1 should have been references to Federal Rule of Bankruptcy Procedure 3002.1.

/s/ Kristin A. Zilberstein
Kristin A. Zilberstein, Esq.
State Bar No.: 24104960
600 E John Carpenter Fwy., Ste. 200
Irving, TX 75062
Tel: (949) 427-2010
kzilberstein@ghidottilaw.com
**COUNSEL FOR SECURED CREDITOR**

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein, Esq. (SBN 24104960)
**GHIDOTTI | BERGER LLP**
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
kzilbertstein@ghidottiberger.com

Authorized Agent for Creditor
US Bank Trust N.A., as Trustee of Igloo Series III Trust

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS – FT. WORTH DIVISION

| | |
|---|---|
| In Re: ) | CASE NO.:  13-45489-mxm13 |
| ) | |
| **EDWARD NEAL BRADFORD and** ) | CHAPTER 13 |
| **KRYSTAL R. BRADFORD,** ) | |
| ) | **CERTIFICATE OF SERVICE** |
| Debtors.  ) | |
| ) | |
| ) | |
| ) | |
| ) | |

### **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On March 14, 2019, I served the following documents described as:

- **NOTICE OF ERRATA TO RESPONSE TO DEBTOR'S REPLY TO THE RESPONSE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Edward Neal Bradford<br>5501 Charlott St<br>Ft. Worth, TX 76112<br><br>**Joint Debtor**<br>Krystal R Bradford<br>5501 Charlott St<br>Ft. Worth, TX 76112<br><br>**Debtor's Counsel**<br>Richard M. Weaver<br>Richard M. Weaver & Associates<br>5601 Airport Freeway<br>Fort Worth, TX 76117 | **Chapter 13 Trustee**<br>Pam Bassel<br>7001 Blvd 26, Suite 150<br>North Richland Hills, TX 76180<br><br>**U.S. Trustee**<br>United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242 |
|---|---|

__xx____ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 14, 2019, at Santa Ana, California

/s / *Steven P. Swartzell*
Steven P. Swartzell

2
CERTIFICATE OF SERVICE