**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**7001 Blvd 26, Ste 150**
**North Richland Hills, TX 76180**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | CASE NO: 13-45489-MXM |
| **EDWARD NEAL BRADFORD**<br>**KRYSTAL R BRADFORD** | **CHAPTER 13** |
| **DEBTOR(S),** | **JUDGE MARK X MULLIN** |

### NOTICE OF WITHDRAWAL OF MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT

**NOTICE IS HEREBY GIVEN** that Pam Bassel, Trustee hereby **WITHDRAWS** the "MOTION FOR DETERMINATION OF FINAL CURE AND PAYMENT" , Docket Entry No. 141 filed on or about February 20, 2019.

Dated: March 18, 2019

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice was served by United States first class mail, postage paid, or electronically by the Court, upon the: Debtors; Debtors' attorney; the Office of the United States Trustee for the Northern District of Texas and all parties who requested notice, on the date above.

Respectfully submitted,

By: /s/ Pam Bassel

Pam Bassel
State Bar No. 01344800
7001 Blvd 26, Ste 150
North Richland Hills, TX 76180